AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOSHUA J. ISLER,
            Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

STEVE SINCLAIR, et al.,
            Defendants.

CASE NUMBER: CV-09-5059-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is dismissed without prejudice pursuant to the Order Dismissing Complaint Without Prejudice entered on September 21, 2009, Ct. Rec. 14.

| | |
|---|---|
| September 21, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |